# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WISCONSIN

DEVERA BUCHANAN,

        Plaintiff,

                                Case No._____

    vs.

UNITED STATES POSTAL SERVICE,          DEMAND FOR JURY TRIAL

EMC NATIONAL INSURANCE,

        Defendants.

## COMPLAINT

NOW COMES the Plaintiff, Devera Buchanan, by her attorneys, Terschan, Steinle, Hodan & Ganzer, Ltd., by Michael J. Ganzer, and as and for her complaint, alleges and shows to the Court as follows:

## **<u>PARTIES</u>**

1. Plaintiff, Devera Buchanan, is an adult citizen of the State of Wisconsin, residing at 9220 W. Morgan, Milwaukee, Wisconsin53228.

2. Defendant, United States Postal Service (hereinafter USPS), is an agency of the United States of America operating in the City of Milwaukee and across the country and is responsible for the acts of its employees.

3. Defendant, EMC National Insurance is a foreign corporation operating under the laws of the State of Wisconsin with offices of its registered agent , CT Corporations Systems, located at 301 S. Bedford Street, Suite 1, Madison, Wisconsin 53703, and has paid

medical and related Worker's Compensation benefits to and on behalf of the Plaintiff, Devera Buchanan, for injuries and damages she sustained as described hereinafter and may be obligated to make such payments into the future. By making said payments and under provisions of Wisconsin law, EMC may have an interest in any recovery herein to the extent of its payments and Chapter 102 et seq of the Wisconsin statutes and is therefore a proper party. Should EMC fail to timely respond and answer, then the Court should find that EMC has waived any right to participate in the matter and has waived its right to assert its subrogation claim.

## <u>GENERAL ALLEGATIONS</u>

4. Jurisdiction in this Court is proper under the Federal Tort Claims Act, specifically, 28 USC Sec. 1346(b), 2671 through 2680. All administrative procedures have been exhausted.

5. On or about November 20, 2025 the Plaintiff, through counsel, served the Defendant USPS with a Claim for Damage. A copy of that claim is attached hereto, incorporated herein as if fully set forth and marked as Exhibit A.

6. Defendant USPS took Final Administrative Action on the Plaintiff's claims on March 18, 2026. A copy of said Notice is attached hereto, incorporated herein as if fully set forth and marked as Exhibit B. This is a civil action involving personal injuries incurred as a result of an altercation involving personal injuries incurred as a result of the actions of a USPS employee as is further described herein. Venue is pursuant to 28 USC 1346 (b) and Section 1402.

7. The Plaintiff, Devera Buchanan, is a US Army veteran and is the Executive Director of The Milwaukee Homeless Veterans Initiative with its offices located at 6300 W. National

Avenue, West Allis Wisconsin 53214. All of the events described below occurred at this address.

8. On or about July 10, 2024 following several days of belligerent behavior by the USPS employee who delivered mail to the Plaintiff's office, Plaintiff Devera Buchanan, had to intervene because the USPS employee (whose name we do not know) was screaming at the receptionist. This had been an ongoing problem. The USPS employee made threatening statements towards the receptionist of The Milwaukee Homeless Veterans Initiative.

9. Plaintiff, Devera Buchanan, took the USPS employee outside and tried to calm her down suspecting she was having some mental health challenges.

10. Once outside the building, near the dumpster, the USPS employee became even more animated so the Plaintiff put her hand on the USPS employees shoulder to try to calm her at which time the USPS employee grabbed her mail bag and tossed it over her shoulder to leave and the Plaintiff's left arm was caught in the bag and was jerked causing some pain.

11. The Plaintiff sustained injuries to her left shoulder and back.

12. Over the following 48 hours, the Plaintiff's shoulder and back pain was worsened thereby causing the Plaintiff to seek medical treatment.

13. The Plaintiff's injuries were proximately caused by the negligence of the USPS employee.

14. As a result of the negligence of the USPS employee, the Plaintiff, Devera Buchanan, sustained injuries and damages including past and future pain, suffering and disability, the loss of enjoyment of life, past and future medical expense and other compensable injuries.

WHEREFORE the Plaintiff demands judgment against the defendant, United States Postal

service, for $250,000.00, the costs and disbursements of this action and such other and further

relief as the Court deems just.

Dated this 11th day of May, 2026.
Terschan, Steinle, Hodan & Ganzer, Ltd.
Counsel for Plaintiff Devera Buchanan
By:_/s/ *Michael J. Ganzer*_____
Michael J. Ganzer
State Bar No. 1005631

Terschan, Steinle, Hodan & Ganzer, Ltd.
16680 W. Cleveland Ave.
Suite E
New Berlin, Wisconsin 53151
414-559-9150
mike@tshglaw.com